IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUNAITA ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:04-0746 |
| ) | JUDGE HAYNES |
| DELL COMPUTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the file in this action, Plaintiff has not submitted a case management order as directed (Docket Entry No. 11) and there has not been any activity with this action in the last six months.

Pursuant to Local Rule 8(a)(8), this action is **DISMISSED** without prejudice.

It is so **ORDERED**.

**ENTERED** this the 15th day of March, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge